**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01262-CV

**BILLY HARRIS, ET AL., Appellants**

**V.**

**CITIMORTGAGE, INC., Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-11-04569-B**

## ORDER

We **GRANT** appellants' February 24, 2014 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief by February 27, 2014.

/s/    ADA BROWN
        JUSTICE